UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEL MONTE FOODS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:22-cv-01499-JCC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF INITIAL CASE MANAGEMENT DATES |

Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Del Monte Foods, Inc. ("DMFI") (collectively, the "Parties") have filed their Stipulated Motion for Extension of Initial Case Management Dates, requesting an extension up through and including January 16, 2023 for the Parties to conduct their Rule 26(f) Conference, and an extension up through and including January 30, 2023 to file their Joint Status Report and Discovery Plan.

IT IS HEREBY ORDERED that the Parties shall conduct their Rule 26(f) Conference no later than January 16, 2023, and to file their Joint Status Report and Discovery Plan no later than January 30, 2023.

//
//
//

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF INITIAL CASE MANAGEMENT DATES - 1
Case No. 2:22-cv-01499-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7052 | Fax: 206.693.7058

DATED: January 3rd, 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION
OF INITIAL CASE MANAGEMENT
DATES - 2
Case No. 2:22-cv-01499-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7052 | Fax: 206.693.7058

1  Prepared by:

2  OGLETREE, DEAKINS, NASH, SMOAK
3  & STEWART, P.C.

4  By: */s/ Russell S. Buhite*
       Russell S. Buhite, WSBA # 41257
5      1201 Third Avenue, Suite 5150
       Seattle, WA 98101
6      Telephone:  (206) 693-7052
7      Facsimile:  (206) 693-7058
       Email:  russell.buhite@ogletree.com
8
   *Attorneys for Defendant Del Monte Foods,*
9  *Inc.*

10

11  Approved as to Form; Presentation Waived:

12  REID, MCCARTHY, BALLEW &
    LEAHY, LLP
13
    By: */s/ Russell J. Reid*
14      Russell J. Reid, WSBA #2560
        100 West Harrison Street
15      North Tower, Suite 300
        Seattle, WA  98119
16      Telephone:  (206) 285-0464
        Facsimile:  (206) 285-8925
17      Email:  RJR@rmbllaw.com
18
    *Attorneys for Plaintiff Northwest*
19  *Administrators, Inc.*

20

21

22

23

24

25

26

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF INITIAL CASE MANAGEMENT DATES - 3
Case No. 2:22-cv-01499-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7052 | Fax: 206.693.7058

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2022, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF INITIAL CASE MANAGEMENT DATES via the method(s) below on the following parties:

Russell J. Reid, WSBA #2560
REID, MCCARTHY, BALLEW & LEAHY, LLP
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
Telephone: (206) 285-0464
Facsimile: (206) 285-8925
Email: RJR@rmbllaw.com

*Attorneys for Plaintiff Northwest Administrators, Inc.*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last-known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last-known email address of each person listed above.

SIGNED THIS 30th day of December, 2022 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF INITIAL CASE MANAGEMENT DATES - 4
Case No. 2:22-cv-01499-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7052 | Fax: 206.693.7058